■ DAVID CASALE, Appellant, v DEBBIE CASALE, Respondent.—Order unanimously affirmed with costs. Memorandum: The court did not err in temporarily enjoining plaintiff from transferring a vacant lot acquired by the parties during their marriage. Although plaintiff had paid defendant $100,000 for her interest in the property, and title to the property was in his name alone, the property may still be found to be marital property *(see,* Domestic Relations Law § 236 [B] [1] [c]; [3]). The court did not err in preserving the major asset of plaintiff pending final determination of the proceeding.

The award of temporary maintenance to defendant of $150 per week was proper in light of the facts that defendant had not worked during the marriage, was in ill health, and lived a lavish life-style during the marriage. In any event, the remedy for a claimed inequity in temporary maintenance is a prompt trial *(see,* Scheinkman, 1987 Supp Practice Commentaries, McKinney's Cons Laws of NY, Book 14, 1990 Pocket Part, Domestic Relations Law C236B:40, at 67; *see also, Sayer v Sayer,* 130 AD2d 407). (Appeal from order of Supreme Court, Kings County, Schneier, J.—temporary support.) Present—Dillon, P. J., Doerr, Boomer, Pine and Davis, JJ.